**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

| | | |
|---|---|---|
| SERVICIOS MEDICOS PARA TODOS SA DE CV d/b/a/ HOSPITAL QUIRURGICA DEL SUR, RFC: SMT120530RP7<br><br>Plaintiff,<br><br>v.<br><br>BLUE CROSS AND BLUE SHIELD OF KANSAS, INC.<br><br>Defendant. | ) | Case No.: 5:25-cv-04094-KHV-ADM |

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF EXPERT WITNESS**

Plaintiff Servicios Medicos Para Todos SA DE CV d/b/a/ Hospital Quirurgica Del Sur, by and through counsel, announces its withdrawal of the previously identified expert witness:

Alberto Landero
Av. 55 Bis No. 271, entre Calle 3 Sur y ARS
Colonio Adolfo Lopez Mateos, Cozumel, Quintana Roo.
Mexico 77667

Plaintiff has consulted with counsel for Defendant Blue Cross and Blue Shield of Kansas, Inc. who does not oppose the withdrawal, but reserves the right to address the expert witness's retention, report, and deposition testimony in summary judgment and other pleadings.

Respectfully submitted,

**LITCHFIELD CAVO, LLP**

/s/ *Matthew A. Tate*

Matthew A. Tate #26625
10401 Holmes Road, Suite 220
Kansas City, MO 64131
816-648-1400
816-648-1401 Fax
tate@litchfieldcavo.com
***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

I hereby certify that, on this 20th day of August, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service.

/s/ *Matthew A. Tate*
Attorney for Plaintiff