# EXHIBIT 6

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

AT KANSAS CITY

SERVICIOS MEDICOS PARA
TODOS SA DE CV d/b/a
HOSPITAL QUIRURGICA
DEL SUR,

Plaintiff, Case No. 525-04094-KHV-ADM

vs.

BLUE CROSS AND BLUE SHIELD
OF KANSAS, INC., et al.,

Defendants.

CERTIFIED TRANSCRIPT OF THE DEPOSITION

OF ALBERTO LANDERO LOPEZ,

June 25, 2026

Conducted Virtually

Video Conference Zoom Deposition

Reported by: Barbara Q. Barrett, RMR, CCR

APPEARANCES

For the Plaintiff:

TATE MATTHEW, ESQ.
Litchfield Cavo LLP
10401 Holmes Road
Suite 220
Kansas City, MO 64131

For the Defendant Blue Cross and Blue Shield of Kansas, Inc.:

WALE AKINMOLADUN, ESQ.
ALEXIS DENNY, ESQ.
Spencer Fane
1000 Walnut
Suite 1400
Kansas City, MO 64106

For the Defendant David and Catarina Rziha:

SEAN McGIVERN, ESQ.
Graybill & Hazlewood
218 North Mosley Street
Wichita, KS 67202

Also present: Mr. Eindar Khant.

INDEX


| ALBERTO LANDERO LOPEZ | PAGE |
|---|---|
| Direct Examination by Mr. Akinmoladun | 4 |
| Cross-Examination by Mr. McGivern | 38 |
| Cross-Examination by Mr. Matthew | 71 |
| Redirect Examination by Mr. Akinmoladun | 73 |
| Signature: | 75 |
| Correction sheet: | 76 |
| Certificate: | 77 |

EXHIBITS


| EXHIBIT NUMBER | DESCRIPTION | PAGE REFERENCED |
|---|---|---|
| 1 | Plaintiff's expert witness disclosures | 14 |
| 2 | Expert report | 16 |
| 3 | 3-4-26 email from Carmichael with attachments | 17 |
| 4 | LanderoExpertReport_Rule26_v3.1 | 18 |
| 5 | Amended complaint | 23 |
| 6 | Group certificate | 25 |
| 7 | International medical invoice | 33 |
| 8 | International Claim Form | 34 |
| 9 | 3-15-22 letter to BCBS Global Core from Hospital Quirurgica Del Sur | 39 |
| 10 | 4-5-24 letter to BCBS of Kansas from Passage Health International | 40 |
| 11 | Alberto Landero Lopez LinkedIn profile page | 41 |
| 12 | Alberto Landero Lopez LinkedIn first page | 46 |
| 13 | Grand Fiesta Americana Puerto Vallarta information page | 46 |


Note: The exhibits were PDF-scanned for counsel and the originals retained by counsel.

Exhibit 2, it's signed and dated on April 30, 2026, as you already testified; correct?
A. Yeah, that's correct.
Q. If we go to this Word version of your report and it shows a creation date of May 1, 2026, does that cause you to believe that your report was changed in any way?
A. No. The answer is no, I don't know.
Q. If we go down to the related-people portion of your version of your expert report, it shows an unnamed author. Do you see that?
A. Yes.
Q. Do you know who this unnamed author is?
A. It should be me.
Q. And what causes you to believe that it was you?
A. Because I did it, I made it. I made the expert-witness report.
Q. You made the expert-witness report, you signed it on April 30, 2026?
A. Yeah, that's correct.
Q. This Word version, the Word version of your expert report, was created on May 1, 2026; correct?
A. Well, you are showing me that. I don't

know.

Q. The Word version of your expert report shows it was modified by Eindar Khant, and is that the same Eindar Khant that works at PHI, Passage Health International?

A. Yeah, that's Mr. Khant, yes. Maybe he find a typo or something like that, but I don't want to speculate.

Q. Well, I mean do you know if he found a typo?

A. I don't know. I don't know. That's why I told you I don't want to speculate because I don't know.

Q. Do you know if he made modifications to your expert report?

A. No.

MR. MATTHEW: It's been asked and answered. He said he didn't know what changes were made, if any.

Q. (By Mr. Akinmoladun) Mr. Landero, did you utilize artificial-intelligence software to help you create your expert report?

A. Not to create it. To -- I use it for esthetics, for presentation, mostly for editing, but yeah, I use Claude.

Q. And when you use Claude, was that a software that -- was that a free version or a paid version?

A. No, it's a free version.

Q. When you use Claude, what information did you input into the software to generate the report?

A. Everything.

Q. And when you say everything, are those the documents that you used to utilize -- that you used for your opinions in the report?

A. Yes, that's correct. All the exhibits reflect the contents of my report, and I use the Claude software just to provide, you know, a good presentation, for presentation purposes only.

Q. So I'm going to show you -- I'm going to go back to Exhibit 2, which is your expert report. Look on page 7. Are these all the documents that you would have inputted in Claude to create your expert report?

A. Yes, and as well some -- some considerations that were made by our counsel. Everything was fed it -- I wrote this and I fed it to the software, so then I got this report, and it was reviewed and then changed, but it was for, as I mentioned, editing purposes only.

Q. Are these all the documents that you reviewed and relied on to create -- or to form the opinions within your expert report?

A. Yes, sir.

Q. Did you rely on any other documents?

A. Well, there are, for example, the U.S. State Department advisories to the American travelers to Mexico regarding health-services pricing and all of that, but yeah, that's it.

Q. And we received those references to those documents as URL website links?

A. Yeah, that's correct. Those are website links, yes, sir.

Q. Your expert report does not reference Hospital QDS's amended complaint; is that correct?

A. Can you rephrase it again. I didn't get it.

Q. Your expert -- and that's fair. Let me rephrase. Your expert report does not reference relying on Hospital QDS's amended complaint; correct?

A. No, no, the documents I am presenting are those -- the case-specific documents that I reviewed are those that you have in my report.

Q. And this report does not reference

Hospital QDS's amended complaint; correct?
A. Correct.
Q. Did you review Hospital QDS's amended complaint?
A. No, I don't know what you are talking about. I'm sorry.
Q. That's fine. I'm going to show you what's being marked as Landero Deposition Exhibit No. 5. This is Hospital QDS's amended complaint that was filed in litigation, and what I'm going to do is I'm just going to kind of scroll through it generally, and as I scroll through it, is this a document that you have seen before?
A. No, sir, I haven't seen that document before.
Q. Do you know how many causes of action Hospital QDS is asserting against Blue Kansas?
A. No, sir.
Q. Do you know what causes of action Hospital QDS is asserting against Blue Kansas?
A. Well, yes, they have not received payment.
Q. Under what theory?
A. On the deferred health pricing.
Q. On deferred health pricing?

correct?

A. To be honest, I don't know how to answer that.

Q. No, that's fair. I'm going to show you what's been marked as Landero Deposition Exhibit 6. Have you seen this document before?

A. No, sir.

Q. It's about 68 pages. Is this the first time that you're looking at this group certificate?

A. Yes.

Q. And I want to direct you to BCBSKS5, and there's a reference to the group name Mid-Kansas Management, Inc. Do you see that?

A. Yes, sir.

Q. Do you know why this group certificate references Mid-Kansas Management, Inc.?

A. No, sir.

Q. Do you know where Mid-Kansas Management, Inc., is incorporated?

A. No, sir.

Q. Do you know how many employees Mid-Kansas Management, Inc., has?

A. No, sir.

Q. Do you know how many participants or beneficiaries Mid-Kansas Management, Inc., had in

complaint in federal court claiming that the United States District Court of Kansas has jurisdiction and venue in Count 1 pursuant to Employee Retirement Income Security Act of 1974?

A. No, as I mentioned before, this is the first time I see this document, and I was not aware of anything of this.

Q. And so is this the first time that you've heard that Hospital QDS has only one claim against Kansas for benefits pursuant to ERISA?

A. I'm learning that today. No, I didn't have previous knowledge of that.

Q. I have a series of questions to you about ERISA. I can ask you those questions or you can tell me that you know nothing about ERISA and that you are unable to answer any questions about ERISA. The choice is yours.

A. I'm telling you right now I have no knowledge about ERISA, and I cannot answer your questions about that. I can answer questions about my report but not about ERISA at all.

Q. And you've also testified that before today you've never seen Blue Kansas's comprehensive group certificate; correct?

A. Correct.

Q. And I think that helps clarify some things because -- would you agree that your expert report does not mention ERISA at all; right?
A. No, my report does not mention ERISA at all.
Q. Your expert report does not reference any ERISA statutory provision; correct?
A. Correct.
Q. Your expert report references Blue Cross and Blue Shield of Arkansas a few times.
A. That was a typo. I'm sorry, yeah, I learned --
MR. MATTHEW: Mr. Landero, let him finish his question.
A. I'm sorry.
MR. AKINMOLADUN: Thank you, Matt.
Q. (By Mr. Akinmoladun) Your expert report references Blue Cross and Blue Shield of Arkansas a few times, but it never references Blue Kansas?
A. No, that wasn't --
Q. Can you explain why your report does not reference Blue Kansas?
A. I was confused at the beginning. I thought it was Arkansas, and then I learned that it was Kansas, but my report was already sent. That's

a typo.

Q. Mr. Landero, I have shown you Hospital QDS's amended complaint that references a one-count action under ERISA against Blue Kansas. Do you recall seeing that document?

A. Yes, I saw it for the first time, yes.

Q. And Hospital QDS has retained you in this lawsuit to support opinions to support its Count 1 claim; correct?

A. I was -- I was hired to make this report. How the claim is done, I don't know.

Q. Hospital QDS's lawsuit against Blue Kansas is an ERISA action. Would you agree with that?

A. I don't know. You are telling me.

Q. Do you have any reason to believe that Hospital QDS's lawsuit is not an ERISA action?

A. I don't know.

Q. Do I need to rephrase the question or --

A. No, I just saw it for the first time, the lawsuit, and I didn't know it was under ERISA at all.

Q. Mr. Landero, do you agree that a complete and reliable expert analysis touching on ERISA-benefit obligations would require you to

ERISA situation, so my report was based on my experience managing hospitals in Mexico and billing international insurance companies, especially in the United States. That's how I base my report.

Q. Your opinions do not rely on Blue Kansas's comprehensive medical group certificate; correct?

A. Correct.

MR. MATTHEW: Objection. Asked and answered. How long are we going to do this? Mr. Landero, I'm sorry, if you have a response, please do respond to the question.

A. Can you make the question again?

Q. (By Mr. Akinmoladun) Your opinions do not rely on Blue Kansas's comprehensive medical group certificate; correct?

A. Correct?

MR. MATTHEW: Same objection.

A. Correct.

Q. (By Mr. Akinmoladun) I just have a few more questions, Mr. Landero. I want to show you what's being marked as Landero Deposition Exhibit No. 7. This is a document that is referenced and relied on in your expert report; is that correct?

A. Yes, 100 -- I don't see the total amount,